UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES T.,

               Plaintiff,

               v.

ANDREW SAUL,
Commissioner of Social Security,

               Defendant.

Civil Action
1:20-cv-00272-MJP

---

## ORDER

Plaintiff filed an action seeking judicial review of the decision of the Commissioner of Social Security, which denied his claim for Disability Insurance Benefits pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3). Both parties filed Motions for Judgment on the Pleadings, and oral argument was held on June 16, 2021.

This Court has reviewed the parties' competing motions together with their respective memoranda of law, and the arguments of Elizabeth Haungs, Esq., of the Law Offices of Kenneth Hiller, PLLC, attorney of record for Plaintiff, and Jennifer E. Whelan, Esq., Special Assistant United States Attorney for the Western District of New York, attorney of record for Defendant. Now, upon all pleadings, the administrative record, the parties' memoranda of law, and the arguments of the parties,

It is ORDERED and ADJUDGED, for the reasons stated in open Court at the oral argument of this matter on June 16, 2021, pursuant to 28 U.S.C. § 636(c) and the parties' consent, and consistent with this Court's ruling from the bench following that oral argument, the decision of defendant Commissioner is affirmed; and it is further

ORDERED and ADJUDGED, that Plaintiff's motion for judgment on the pleadings (Dkt. No. 13) is DENIED; and it is further

ORDERED and ADJUDGED, that Defendant's motion for judgment on the pleadings (Dkt. No. 15) is GRANTED; and it is further

ORDERED and ADJUDGED that Plaintiff's Complaint (Dkt. No. 1) is DISMISSED and that the transcript of these proceedings shall be filed, and the Court Clerk shall issue Judgement in favor of the Commissioner and close this case.

**SO ORDERED**

_____
MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

DATED: July 7, 2021
Rochester, New York

|     |                                      |
| --- | ------------------------------------ |
| 1   | **UNITED STATES DISTRICT COURT**     |
|     | **WESTERN DISTRICT OF NEW YORK**     |

```
 1                    UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF NEW YORK
 2

 3   CHARLES C. TATE,                  )
                                       ) Case No. 1:20-CV-00272
 4                                     )              (MJP)
             Plaintiff,                )
 5                                     )
     vs.                               ) June 16th, 2021
 6                                     )
     COMMISSIONER OF SOCIAL SECURITY)
 7                                     )
                  Defendant.           )
 8

 9              TRANSCRIPT OF JUDGE'S DECISION
           BEFORE THE HONORABLE MARK W. PEDERSON
10              UNITED STATES MAGISTRATE JUDGE

11
     APPEARANCES:
12
     For the Plaintiff:    LAW OFFICES OF KENNETH HILLER
13                         BY:  ELIZABETH ANN HAUNGS, ESQ.
                           6000 North Bailey Avenue, Suite 1A
14                         Amherst, NY 14226

15   For the Defendant:    SOCIAL SECURITY ADMINISTRATION
                           OFFICE OF GENERAL COUNSEL
16                         BY:  JENNIFER E. WHELAN, ESQ.
                           601 E. 12th Street, Room 965
17                         Kansas City, MO 64106

18   Audio Recorder:       JAMES BOCK

19   Transcriber:          MEGAN E. PELKA, RPR
                           Robert H. Jackson US Courthouse
20                         2 Niagara Square
                           Buffalo, NY 14202
21                         (716) 364-6449

22          Proceedings recorded with electronic sound recording,
     transcript prepared with computer-aided transcription.
23

24

25
```

09:48AM (lines 22-25)

10:18AM 1     THE CLERK: Counsel, welcome back and thank you again
10:18AM 2 for your thorough preparation. I am ready to issue my
10:18AM 3 decision.
10:18AM 4     Title 42, U.S.C. Section 405(g) grants jurisdiction to
10:19AM 5 district courts to hear claims based on the denial of Social
10:19AM 6 Security benefits. Section 405(g) provides that the district
10:19AM 7 court shall have the power to enter upon the pleadings and
10:19AM 8 transcript of the record, a judgment affirming, modifying or
10:19AM 9 reversing the decision of the Commissioner of Social Security
10:19AM 10 with or without remanding the case for a rehearing.
10:19AM 11     It directs that when considering a claim, the Court must
10:19AM 12 accept the findings of fact made by the Commissioner provided
10:19AM 13 that such findings are supported by substantial evidence in
10:19AM 14 the record. Substantial evidence is defined as more than a
10:19AM 15 mere scintilla. It means such relevant evidence as a
10:19AM 16 reasonable mind might accept as adequate to support a
10:19AM 17 conclusion.
10:19AM 18     To determine whether substantial evidence supports the
10:19AM 19 Commissioner's findings, the Court must examine the entire
10:19AM 20 record including contradictory evidence and evidence from
10:20AM 21 which conflicting inferences can be drawn. Section 405(g)
10:20AM 22 limits the scope of the Court's review to two inquiries;
10:20AM 23 whether the Commissioner's findings were supported by
10:20AM 24 substantial evidence in the record and whether the
10:20AM 25 Commissioner's conclusions are based upon an erroneous legal

standard.

A person is disabled for the purposes of SSI and disability benefits if he or she is unable to engage in any substantial gainful activity by reason of any medically-determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months.

In assessing whether a claimant is disabled, the ALJ must employ a five-step sequential analysis as outlined in *Berry v. Schweiker*, 675 F.2d 464, 467 (2d Cir. 1982). The claimant bears the burden of proving his or her case in steps 1 through 4. In step 5, the burden shifts to the Commissioner to show there is other gainful work in the national economy which the claimant could perform.

The plaintiff's primary issue here is that the RFC made a -- the ALJ made a highly-specific RFC based simply on raw medical evidence in the record. I disagree. The MRI, although the ALJ did find it relevant, has interpretation on it from the radiologist and that MRI occurred three months before Dr. Dave, the consultant examiner, did her examination.

Even if Dr. Dave had been made aware of the MRI, I don't see how that would have changed anything because her examination was physical. She made a physical assessment of his ability to move his neck, for example. Contrast that, for

| | | |
|---|---|---|
| 11:37AM | 1 | example, with someone appearing with a cough that could be |
| 11:37AM | 2 | caused by a cold or bronchitis or lung cancer.  In that case, |
| 11:37AM | 3 | an image would make a huge difference because if a spot |
| 11:37AM | 4 | appears on the lung, it could be considered cancer wherein the |
| 11:37AM | 5 | rest of it would be based on symptoms observed by the doctor. |
| 11:37AM | 6 |     Here, the doctor employed mechanical and physical |
| 11:37AM | 7 | examination to determine the range of motion of neck and the |
| 11:37AM | 8 | ALJ is typical of the medical evidence is supported of a |
| 11:37AM | 9 | decision.  Therefor, I do find there is substantial evidence |
| 11:38AM | 10 | supporting it and I grant the Commissioner's motion for |
| 11:38AM | 11 | judgement on the pleadings and deny the plaintiff's motion an |
| 11:38AM | 12 | ask the Commissioner to settle an order with the plaintiff and |
| 11:38AM | 13 | attach and reference a transcript of this decision. |
| 11:38AM | 14 |     I direct the Clerk of the Court to enter judgment for the |
| 11:38AM | 15 | Commissioner and close this case.  Again, counsel, thank you |
| 11:38AM | 16 | very much. |
| 11:38AM | 17 |     MS. WHELAN:  Thank you, Your Honor. |
| 11:38AM | 18 | (Proceedings concluded.) |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1              CERTIFICATE OF TRANSCRIBER
 2
 3       In accordance with 28, U.S.C., 753(b), I certify that
 4  this is a true and correct record of the proceedings held in
 5  the United States District Court for the Western District of
 6  New York before Honorable Judge Mark W. Pederson on June 16th,
 7  2021.
 8
 9
10                         s/ Megan E. Pelka, RPR
11                         Megan E. Pelka, RPR
12                         Transcriber
13
14
15
16
17
18
19
20
21
22
23
24
25
```